UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOUIS GUIDRY, | No. 2:19-cv-2021 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM BARR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations issued on March 10, 2020, are ADOPTED in full;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as incomplete, and

3. This action is DISMISSED without prejudice.

DATED: April 21, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

2